**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MURRAY, VERNETTA | ) | |
| | ) | CASE NO. 05 B 56779 |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

> At: U.S. BANKRUPTCY COURT
> 219 S Dearborn, Courtroom 682
> Chicago, Illinois 60604
>
> On: **July 19, 2007**
> At: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                            $    10,030.31

    b. Disbursements                                       $         13.64

    c. Net Cash Available for Distribution$   10,016.67

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,753.03 | $ |
| Trustee | $ 0.00 | $ | $ 259.92 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Firm Legal | $ 0.00 | $ 5,230.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 21.83 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $21,663.04, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $11.55%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | SOUTHWEST STUDENT SRVCS, WFB ELT | $ 20,499.24 | $ 2,367.48 |
| 2 | Nicor Gas | $ 1,163.80 | $ 134.41 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **June 21, 2007**      For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1          Date Rcvd: Jun 21, 2007
Case: 05-56779                 Form ID: pdf002          Total Served: 26

The following entities were served by first class mail on Jun 23, 2007.
db         +Vernetta Murray,    1236 W 108th Pl,   Chicago, IL 60643-3703
aty        +David J Frankel,    Sorman & Frankel, Ltd,    203 N. LaSalle Street, Suite 2350,
             Chicago, IL 60601-1220
aty        +Laura Barrientos-Du Vall,    Leibowitz Law Center,    420 West Clayton Street,
             Waukegan, Il 60085-4216
aty        +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
aty        +Steven A Leahy,    Law Office of Steven A. Leahy,    150 North Michigan Avenue Ste 1100,
             Chicago, IL 60601-7560
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10276101   +AMERICAN COLLECTIONS,    919 ESTES CT,    SCHAUMBURG, IL 60193-4436
10276102   +BALLY TOTAL FITNESS,    12440 E IMPERIAL SUITE 3,     NORWALK, CA 90650-3177
10276103   +CAP ONE BK,    PO BOX 85520,    RICHMOND, VA 23285-5520
10276104   +CREDIT PROTECTION,    13355  NOEL ROAD#,    DALLAS, TX 75240-6602
10556253    Capital One,   c/o Associated Recovery,    3110 NO9RHT Central Ave Ste 170,    Phoenix, AZ 85012
10556254    Comed,    Bill Payment Center,    Chicago, Il 60668-0002
10556255    Credit Protection Association,    c/o Comcast,    P O Box 3002,    Southeastern, PA 19398-3002
10276105   +DRIVE FINANCIAL,    8585 N STEMMONS FWY STE,    DALLAS, TX 75247-3836
10276106   +NICOR GAS,    1844 FERRY ROAD,    NAPERVILLE, IL 60563-9600
10556256   +Nextel Communications,    340 Interstate N Parkway,    Atlanta, GA 30339-2218
10276107   +ROBERT MORRIS COLLEGE,    401 S STATE ST LBBY 140,    CHICAGO, IL 60605-1229
10276108   +SALLIE MAE 3RD PTY LSC,    1002 ARTHUR DR,    LYNN HAVEN, FL 32444-1683
10276109   +SALLIE MAE LSCF,    1002 ARTHUR DR,    LYNN HAVEN, FL 32444-1683
10276110   +SM SERVICING,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
10554394   +SOUTHWEST STUDENT SRVCS, WFB ELT,    C/O Sallie Mae, Inc.,    220 Lasley Ave.,
             Wilkes-Barre, PA 18706-1430
10276112   +SW STUDENT SERVICES CORP,    1555 N. FIESTA BLV,    GILBERT, AZ 85233-1020
10556257    Southwest Student Services Corp,    P O Box 78832,    Phoenix, AZ 85062-8832
10556258    Sprint,    P O Box 172408,    Denver, CO 80217-2408
10276113   +WEST ASSET MANAGEMENT,    220 SUNSET BLVD STE A,    SHERMAN, TX 75092-7465

The following entities were served by electronic transmission on Jun 22, 2007.
10556254    E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Comed,
             Bill Payment Center,   Chicago, Il 60668-0002
10647744   +E-mail/Text: bankrup@nicor.com                          Nicor Gas,    PO Box 549,
             Aurora IL 60507-0549
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10276111*   +SM SERVICING,    POB 9500,    WILKES BARRE, PA 18773-9500
                                                                                             TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2007**          **Signature:** *Joseph Speetjens*